

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRETT WADE,<br>       Plaintiff,<br>v.<br>ERIN CHANEY FOSTER,<br>       Defendant. | Civil Action No. _____<br><br>[formerly Circuit Court of Howard County case number 13C16109956] |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Erin Chaney Foster invokes the jurisdiction of this Court and herby removes case number 13C16109956 from the Circuit Court of Howard County, Maryland. She states the following grounds in support thereof:

1. On December 16, 2016 Plaintiff Brett Wade filed this lawsuit against Defendant Erin Chaney Foster in the Circuit Court for Howard County. There are no other Parties to this litigation.

2. On May 5, 2017 Defendant was served with the Summons and a copy of the Complaint and a copy of the civil coversheet in this matter. Decl. of Erin Foster (attached as Ex. 1).

3. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, documents, and orders of which Defendant is aware are attached as Exhibits 2-4.

4. This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff and Defendant and more than $75,000 exclusive of interests and costs is at stake.

5. Plaintiff is a citizen of Maryland and Defendant is a citizen of New Mexico.  Compl. ¶ 2; Foster Decl.

6. Plaintiff seeks damages of $1,500,000 plus costs and interest. Compl p. 12.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and § 1446(a) because the U.S. District Court for the District of Maryland is the federal judicial district encompassing Howard County, Maryland where this action was initially filed.

8. By this notice of removal Defendant does not waive any objections it may have to service, jurisdiction or venue, or any other claims defenses or objections that it may have with respect to this action.

Dated: May 17, 2017

Respectfully submitted,

/s/ *[signature]*

Matthew B. Kaplan (D. Md. Bar No. 18724)
THE KAPLAN LAW FIRM
509 N. Jefferson St.
Arlington, Virginia 22205
Tel. (703) 665-9529
mbkaplan@thekaplanlawfirm.com
*Attorney for Defendant*

## Certificate of Service

I hereby certify that, on the date indicated below, the foregoing document (and any attachments) was filed via the Court's ECF system, which will send a copy electronically to all Parties who have appeared in this matter. I have mailed a copy of this document to:

Mark A. Ominsky
10632 Little Pautuxent Pkwy
Suite 249
Columbia, MD 21044
*Counsel for Plaintiff*

/s/ *[signature]*

Matthew B. Kaplan

Date: May 17, 2017