## Declaration of Erin Foster

1. My name is Erin Foster.

2. I was served with the Summons and Complaint in Wade v. Foster, No. 13C16109956, a case filed in The Circuit Court of Howard County, MD on May 5, 2017.

3. I am a citizen and resident of New Mexico.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 17, 2017.

_____
Erin Foster